UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABC,

        Petitioner,

    -v-

DEF,

        Respondent.

24-mc-00357

ORDER

JED S. RAKOFF, U.S.D.J.:

    On August 12, 2024, petitioner's "Motion To File Under Seal" was referred to the undersigned, sitting in Part I. The Court then held a joint telephone conference with petitioner's counsel and respondent's counsel, in which respondent's counsel opposed the motion.

    Because of the federal courts' strong presumption in favor of public access to federal filings, see *Olson v. Major League Baseball*, 29 F.4th 59, 90 (2d Cir. 2022), and because petitioner has failed to show significant countervailing factors, the Court hereby denies the motion. The Clerk of the Court is directed to promptly make certain that the underlying case is filed in the White Plains Division of the Court.

    SO ORDERED.

New York, NY
August 12, 2024

                              JED S. RAKOFF, U.S.D.J., Part I

1